Shon M. Walter
58717-083
LSCI - Allenwood
P.O. Box 1000
White Deer, PA 17887



June 21, 2011

The United States District Court
    for the District of Virginia;
    Norfolk Division
Honorable Judge Jerome B. Friedman
Clerk of the Court
600 Granby Street
U.S. District Court
Norfolk, VA 23510

RE: Civil Action No.: 2:10cv402; A declaration of intent, for purposes of preservation, regarding subpena requests (to be formalized upon the appointment of counsel and/or direction of the court).

Honorable Judge Jerome B. Friedman:

Though the appointment of counsel has been ordered I remain a "Pro Se" litigant until such a time when I receive notice of whom has been appointed. To that effect I write the court to inquire about the subpena request process and to preserve my intensions before the Government takes action.

For the Record (and for further advancing action should the court see fit or if the court should so direct) I respectfully request, through the use of subpoena or the court's guarantee, the presence of, and the opportunity to, question the following people at the, yet scheduled, evidentiary hearing Ordered 9 June 2011. All of the following individuals have direct knowledge of the issues in question and their testimony is necessary in order to resolve the standing inconsistencies and questions.

- Mr. John Bonney - Former Defense Counsel
  5416 Tidewater Drive
  Norfolk, VA 23509
  (757) 640-1008

- Mrs. Megan Lachman - Secretary for Mr. Bonney
  5416 Tidewater Drive
  Norfolk, VA 23509
  (757) 640-1008

- Mr. Charles Jenkins - Former Defense Counsel
  P.O. Box 3205
  Norfolk, VA 23514
  (757) 625-1775

- Mr. Randy Stoker - Prosecuting Attorney
  101 West Main Street
  Suite 8000; World Trade Center
  Norfolk, VA 23510

- Mrs. Stephanie Powers - Pre-trial Services Officer
  CONTACT INFORMATION UNKNOWN AT THIS TIME

I respectfully request that the court advise Mr. Randy Stoker, current prosecuting attorney, that he has been/will be named as a "Petitioner's" witness and therefore is in a position of conflicted interests, requiring that he recuse himself as the attorney representing the Government in the case-at-bar.

Further, for the Record (and for further advancing action should the court see fit or if the court should so direct) I respectfully request, through the use of subpena or the court's guarantee, that the following individuals and/or entities be compelled to produce the following documents. All of the following documents

have a direct connection to the issues in question and are necessary to resolve the standing inconsistencies in the case-at-bar.

- Mr. John Bonney - Former Defense Counsel
  5416 Tidewater Drive
  Norfolk, VA 23509
  (757) 640-1008
    - Any/all federal Sentencing Guideline Calculators associated with the case-at-bar.
    - Any/All records of phone calls, phone messages, phone call content, electronic messages (content included), hand written or printed notes, letters, research, text Discovery documents, and/or other materials associated with the case-at-bar; specifically, hand written notes taken during the P.S.I. interview.
    - Specifically, any/all records of and content of communications to/from Mr. Randy Stoker, his office, and/or with his associates; also, any/all records of and content of communications to/from Mr. Charles Jenkins, his office, and/or with his associates - regarding the case-at-bar.

- Mr. Charles Jenkins - Former Defense Counsel
  P.O. Box 3205
  Norfolk, VA 23514
  (757) 625-1775
    - Any/all records of phone calls, phone messages, phone call content, electronic messages (content included), hand written or printed notes, letters, research, text Discovery documents, and/ of other materials associated with the case-at-bar; specifically, hand written notes taken during the P.S.I. interview.
    - Specifically, any/all records of and content of communications to/from Mr. John Bonney, his office, and/or with his associates - regarding the case-at-bar.

- Chesapeake City Jail
  400 Albemarle Drive
  Chesapeake, VA 23322- 5504
    - Any/all documents on record that refer to Shon M. Walter; specifically, visitor log entries, classification/holding custody security documents, "Inmate Requests to Staff," and; generally, any/all documents, notes, electronic message, phone records, phone message, inter-office/agency memorandums, copies of inbound/outbound postal mail, and/or any other materials referring to Shon M. Walter.

- Mr. Randy Stoker - Prosecuting Attorney
    - Any/all federal Sentencing Guideline Calculators associated with the case-at-bar.
    - Any/all records of phone call, phone messages, phone call content, electronic messages (content included), hand written or printed notes, letters, research, text Discovery documents, and/or other materials associated with the case-at-bar.
    - Specifically, any/all records of and content of communications to/from Mr. John Bonney, his office, and/or with his associates - regarding the case-at-bar.

- Mrs. Stephanie Powers - Pre-trial Services Officer
  CONTACT INFORMATION UNKNOWN AT THIS TIME
    - Any/all federal Sentencing Guideline Calculators associated with the case-at-bar.
    - Any/all records of phone calls, phone messages, phone call content, electronic messages (content included), hand written or printed notes, letters, research, text Discovery documents, and/or other materials associated with the case-at-bar; specifically, ALL hand written notes taken at the P.S.I. interview.

- Specifically, any/all records of and content of communications to/from Mr. John Bonney, his office, and/or with his associates - regarding the case-at-bar.

Pending the formal submission of the above request(s) by not-yet-appointed counsel, I respectfully request that the court order and notify the above named individuals/organizations that all of the above named documents must be preserved and prepared for satisfaction of either: a formal subpoena and/or actions taken by this court to provide a guarantee that the above named persons and documents will be available to myself and yet-appointed-counsel in a timely and appropriate fashion.

I make the above requests known to this court in order to preserve a Record of my intentions. The above described requests are reasonable and necessary based on this "Pro Se" litigant's understanding of Federal Rules of Civil Procedure - Rule 26, 34, and 45; in accordance with Title 28 U.S.C. § 656 and §2255.

Upon the court's direction, the court's action, and/or the notice or appointed counsel the above requests will be formalized. Until such time I ask the court to act to preserve my position as indicated within.

Respectfully,

*Shon M. Walter*
Shon M. Walter

CC: U.S. District Attorney